IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael Kerak,                      :
                                    : No. 406 C.D. 2015
                Petitioner          : Argued:  June 8, 2016
                                    :
        v.                          :
                                    :
Pennsylvania Board of Probation     :
and Parole,                         :
                                    :
                Respondent          :

**PER CURIAM**

**O R D E R**

**NOW,** this 3<u>rd</u> day of <u>January</u>, 2017, it is ordered that the above-captioned Memorandum Opinion, filed November 10, 2016, shall be designated OPINION and shall be REPORTED.